# SEALED MATTER

**CASE NUMBER** 08-10640

**DEFENDANT NO.** _____

**CASE TYPE** ___ CR  _X_ CV  ___ X

___ MW  ___ PO

**DISTRICT JUDGE** ROBERT H. CLELAND

**SIGNED BY JUDICIAL OFFICER** _[signature]_

**NEW CASE** _X_ YES  ___ NO

# DOCUMENT PLACED IN VAULT
TIME STAMP IN THIS BLANK AREA

# FILED

FEB 14 2008

CLERK'S OFFICE
U.S. DISTRICT OFFICE
EASTERN MICHIGAN

REV. 02/27/04