IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| UNITED STATES OF AMERICA<br>ex rel. TED A. ARKFELD, D.C. AND<br>ANN Myers<br><br>Plaintiffs,<br><br>v.<br><br>MARVIN L. BLEIBERG, M.D., AND<br>MEDICAL REHABILITATION<br>PHYSICIANS, PLC<br><br>Defendants | Case: 2:08-cv-10640<br>Judge: Cleland, Robert H<br>Referral MJ: Komives, Paul J<br><br>Civil Action No.:<br><br><br>FILED UNDER SEAL<br><br>**FILED**<br><br>FEB 14 2008<br><br>CLERK'S OFFICE<br>U.S. DISTRICT OFFICE<br>EASTERN MICHIGAN |

### ORDER

Having considered *Relators' Motion to File The Complaint under Seal*, the motion is granted and it is **ORDERED** that the Complaint of Plaintiffs /Relators, Ted A. Arkfeld, D.C. and Ann Myers be filed, under seal, in paper format, with the Clerk of Court, in accordance with 31 U.S.C. § 3730(b)(2) of the False Claims Act.

Thus done and signed this ___14th___ day of ___February___, 2008.

_____
United States District Judge

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. TED A. ARKFELD, D.C. AND ANN Myers<br><br>Plaintiffs,<br><br>v.<br><br>MARVIN L. BLEIBERG, M.D., AND MEDICAL REHABILITATION PHYSICIANS, PLC<br><br>Defendants | Case: 2:08-cv-10640<br>Judge: Cleland, Robert H<br>Referral MJ: Komives, Paul J<br>Filed: 02-14-2008 At 11:00 AM<br>POSSIBLE SEALED MATTER (EW)<br><br>Civil Action No.:<br><br><br>FILED UNDER SEAL |

## RELATORS' MOTION TO FILE THE COMPLAINT UNDER SEAL

Pursuant to the requirements of 31 U.S.C. § 3730(b)(2) of the False Claims Act that the Complaint be filed under seal, Plaintiffs /Relators, Ted A. Arkfeld, D.C. and Ann Myers, by and through their attorneys Kenneth Joel Haber, Douglas G. Wadler, and Michael J. Tabacco of the Law Office of Kenneth Joel Haber, P.C., hereby move the court to file this Complaint under seal.

For the foregoing reasons, undersigned counsel respectfully requests that this Motion to File the Complaint under Seal be granted.

Date: 2/8/08

RESPECTFULLY SUBMITTED:

KENNETH JOEL HABER
Law Office of Kenneth Joel Haber, P.C.
15879 Crabbs Branch Way
Rockville, Maryland 20855
Telephone No. (301) 670-0016
Facsimile No. (301) 948-3091

Attorney for Plaintiffs/Relators

Of Counsel:
Douglas G. Wadler, Esq.
Michael J. Tabacco, Esq.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

|  |  |
|---|---|
| UNITED STATES OF AMERICA<br>ex rel. TED A. ARKFELD, D.C. AND<br>ANN Myers<br><br>Plaintiffs,<br><br>v.<br><br>MARVIN L. BLEIBERG, M.D., AND<br>MEDICAL REHABILITATION<br>PHYSICIANS, PLC<br><br>Defendants | Case: 2:08-cv-10640<br>Judge: Cleland, Robert H<br>Referral MJ: Komives, Paul J<br>Filed: 02-14-2008 At 11:00 AM<br>POSSIBLE SEALED MATTER (EW)<br><br>Civil Action No.:<br><br>FILED UNDER SEAL |

## RELATORS' MEMORANDUM IN SUPPORT OF THE
## MOTION TO FILE THE COMPLAINT UNDER SEAL

In support of The Motion to File The Complaint under Seal, Plaintiffs /Relators, Ted A. Arkfeld, D.C. and Ann Myers, note that the Complaint must be filed under seal, pursuant to the requirements of 31 U.S.C. § 3730(b)(2) of the False Claims Act.

For the foregoing reason, undersigned counsel respectfully requests that this Motion to File The Complaint under Seal, therefore, be granted.

Date: 2/8/08

RESPECTFULLY SUBMITTED:

KENNETH JOEL HABER
Law Office of Kenneth Joel Haber, P.C.
15879 Crabbs Branch Way
Rockville, Maryland 20855
Telephone No. (301) 670-0016
Facsimile No. (301) 948-3091
Attorney for Plaintiffs/Relators